IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL NO:  19-CR-30157-SMY |
| vs. | ) | |
| | ) | |
| KENNETH L. SNOWDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

On motion of the United States of America (Doc. 15), the Court, after having reviewed the facts and matters surrounding the motion of the United States and ORDERS the case number on the Superseding Indictment and all accompanying paperwork be corrected to reflect the correct case number of 19-CR-30157-SMY.

Dated this 13 day of December, 2019.

STACI M. YANDLE, Judge
United States District Court